IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION



BRAJA PANDIT SMITH,

    Plaintiff,

v.

BRIAN OWENS; ROBERT TOOLE;
JOHN PAUL; WENDELL FOWLER;
LARRY BRUTON; TERRY MOYETT;
CO II JENKINS; CO I BISHOP;
CO II TOOTLE; CO II/CERT DOMINGEZ;
CO II BLAKENLY; CO II ANDERSON;
CO II TAYLOR; CO I OSBOURNE;
and CO I CLEMENS,

    Defendants.

CIVIL ACTION NO.: CV613-115

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff asserts that he gave specific examples of "extremely harsh conditions of confinement as well as physical and mental abuse directly caused by the policies or actions by Defendants." (Doc. No. 24, p. 1). However, Plaintiff has failed to provide the Court with any allegations which are specific enough to establish that Defendants' actions or inaction caused a violation of Plaintiff's constitutional rights, even considering the more liberal standard this Court must employ in reviewing a pro se plaintiff's complaints.

Plaintiff's Objections are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's claims against

Defendants Owens, Toole, Fowler, Paul, and Bruton are **DISMISSED**, with prejudice. Plaintiff's claims against Defendants Jenkins, Tootle, Bishop, Dominguez, Blakerly, Anderson, Moyett, and Clemens are **DISMISSED**, without prejudice. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 18 day of August, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)